IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GARY COOPER                                                                                        PLAINTIFF

v.                                          Civil No. 6:17-cv-06105

DR. NANETTE VOWELL                                                                       DEFENDANT

### ORDER

Before the Court is Plaintiff's Motion for Dismissal Without Prejudice. (ECF No. 36).

Plaintiff filed his Complaint in this action on October 4, 2017, naming Dr. Nanette Vowell, Gwyndalyne Hart, Nichole Robinson and Monica Goldman as defendants. Plaintiff's claims against Defendants Hart, Robinson and Goldman were dismissed on January 30, 2018. (ECF No. 20). That same day, Plaintiff filed an Amended Complaint against Defendant Vowell. (ECF No. 22). After the completion of discovery, Defendant Vowell filed a Motion for Summary Judgment on September 7, 2018. (ECF No. 31). On October 9, 2018, Plaintiff filed the instant motion asking the Court to dismiss his claims against Defendant Vowell without prejudice "allowing me to re-file, (within the Statutory limitations), should I determine necessary documentation exists to more adequately prove my claim." (ECF No. 36). On October 16, 2018, Defendant Vowell filed a Response stating she has no objection to Plaintiff's motion. (ECF No. 37).

Accordingly, Plaintiff's Motion to Dismiss Without Prejudice (ECF No. 36) is **GRANTED**.[1] Plaintiff's Amended Complaint (ECF No. 22) against Defendant Dr. Nanette Vowell is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 25th day of October 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] Consistent with this Order, separate defendant Dr. Nanette Vowell's Motion for Summary Judgment (ECF No. 31) should be and is hereby **DENIED** as moot.